UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANNY PASTREICH, et al.,

                     Plaintiffs,

-v.-

REGO PARK LAND OWNERS LLC, et al.,

                     Defendants.

25 Civ. 05946 (JHR)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: October 20, 2025

JENNIFER H. REARDEN, District Judge:

On August 15, 2025, upon Plaintiffs' application, ECF Nos. 14-15, the Clerk of Court issued a certificate of default as to all Defendants, ECF No. 16. On October 6, 2025, the Court directed Plaintiffs to move for a default judgment against Defendants or show cause why this action should not be dismissed for failure to prosecute. *See* ECF No. 17 (detailing Defendants' failure to respond to the Complaint). On October 16, 2025, Plaintiffs moved for a default judgment, ECF No. 18, and filed an affirmation, ECF No. 19, and an affidavit, including legal arguments in support of the motion, ECF No. 20.

If Defendants wish to oppose the motion, then their counsel shall, (1) by **October 27, 2025**, enter an appearance, and (2) by **November 3, 2025**, file an opposition explaining why a default judgment is not warranted.

Plaintiffs have already filed proof of service of their papers in support of the motion. ECF No. 22. By no later than **October 23, 2025**, Plaintiffs shall serve Defendants with this Order and file proof of service on the docket.

SO ORDERED.

Dated: October 20, 2025
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge