# Law Offices of
# _____Joseph A. Altman, P.C._____

654 North Terrace Avenue         Phone: (718) DA8-0422
Fleetwood, New York 10552      Fax: (718) 378-4898     E-mail:AltmanEsq@aol.com
*Service of papers will not be accepted via fax and/or e- mail.*

**FREDERICK P. ALTMAN (1928-1997)**
**JOSEPH A. ALTMAN***

***MEMBER NEW YORK, NEW JERSEY & FLORIDA BAR**

October 29, 2025

> For the reasons stated herein, the Court deems Plaintiffs' motion for default judgment, ECF No. 18, withdrawn. The Clerk's certificate of default, ECF No. 16, is hereby vacated. Defendants' deadline to respond to the Complaint is extended *nunc pro tunc* to **December 11, 2025**.
>
> The Clerk of Court is directed to terminate ECF No. 18.
>
> SO ORDERED.
>
> */s/ Jennifer H. Rearden*
> Jennifer H. Rearden, U.S.D.J.
> Dated: November 3, 2025

District Judge
Hon. Jennifer H. Rearden
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom: 12B
New York, NY 10007-1312

RE:     Manny Pastreich, et al v. Rego Park Land Owners LLC, et al
         Case No.: 25- Civ 05946 (JHR)

Dear Honorable Reardon:

This is to advise the Court that, upon filing my Notice of Appearance on October 27, 2029, the Plaintiff's attorney, agreed to vacate the Defendants' Default and to extend the Defendants' time to interpose an Answer by 45 days, to December 11 2025.

Kindly then, "So Order" this letter, and advise if anything else is needed.

Respectfully submitted,

Joseph A. Altman P.C.

*/s/ Joseph A. Altman*

BY:    Joseph A. Altman, Esq.

Cc:     Via ECF
        Samuel Bloom, Esq.
        Raab, Sturm & Goldman, LLP
        sbloom@rsgllp.com